## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

Commonwealth of Pennsylvania,   :   No. 109 WM 2016

            Respondent   :

                v.   :

Victor A. Gardner,   :

            Petitioner   :

## ORDER

**AND NOW**, this 5th day of December, 2016, the application to exceed word count limit is granted. The petition for allowance of appeal submitted on November 3, 2016 shall be accepted for filing. The Respondent shall have fourteen days from the date of this order to file an answer or a letter stating that an answer will not be filed.

_John A Vaskov_

Deputy Prothonotary